PROB 12C
(6/16)

Report Date: April 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Michael Cate           Case Number: 0980 2:22CR00006-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Loon Lake, Washington 99148

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), 846 | |
| Original Sentence: | Prison - 120 months;  TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: January 11, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 10, 2027 |

## PETITIONING THE COURT

To issue a summons.

On January 11, 2022, the conditions of supervision were reviewed with Mr. Cate and he signed his judgement acknowledging his understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.  <br><br>**Supporting Evidence**: It is alleged Mr. Cate is in violation of his conditions of supervised release by consuming marijuana on or around March 16, 2023.  <br><br>Mr. Cate provided a urine sample at the U.S. Probation Office on March 16, 2023, which tested positive for marijuana and later confirmed positive by the contract laboratory. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
**Re: Cate, Steven Michael**
**April 6, 2023**
**Page 2**

| | |
|---|---|
| | **Supporting Evidence**: It is alleged Mr. Cate is in violation of his conditions of supervised release by failing to notify the undersigned officer of a change in employment since February 2, 2023. |
| | On March 15, 2023, Mr. Cate informed the undersigned officer he was no longer employed at The Home Boys and was fired "a few weeks back." He stated he asked to be removed from a crew he was assigned to due to " marijuana use" and also stated that he had injured himself. Mr. Cate was not very clear as to why his employment had been terminated. |
| | On March 16, 2023, the undersigned officer spoke with his employer who informed the undersigned officer that Mr. Cate was fired on February 2, 2023, due to Mr. Cate's own illicit drug use related to methamphetamine. |
| | As required, Mr. Cate did not notify the probation officer of his change in employment. |
| 3 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged Mr. Cate is in violation of his conditions of supervised release by consuming methamphetamine on or around March 16 and 21, 2023. |
| | Mr. Cate provided a urine sample at the U.S. Probation Office on March 16, 2023, which tested positive for methamphetamine. Mr. Cate admitted to using methamphetamine on March 4, 2023, and signed an admission form. The contract laboratory later confirmed a positive methamphetamine test. |
| | Mr. Cate provided another urine sample on March 21, 202,3 at Alcohol Drug Education and Prevention (ADEPT) in Deer Park, Washington. The sample tested positive for methamphetamine and was later confirmed by the contract laboratory. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/06/2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Cate, Steven Michael**
**April 6, 2023**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

April 6, 2023
Date