PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Anthony E. Wright | Case Number: 0980 2:19CR00215-TOR-6 |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: October 21, 2020 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1344 | Date Supervision Commenced: February 21, 2021 |
| Original Sentence: Prison - 7 months<br>TSR - 60 months | Date Supervision Expires: February 20, 2026 |

## NONCOMPLIANCE SUMMARY

On February 22, 2021, Mr. Wright's conditions of supervised release were reviewed by the supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about June 8, 2023.

On June 8, 2023, a sweat patch was placed on the offender. The sweat patch was removed on June 16, 2023, at which time it was sent to the laboratory for drug testing.

On June 29, 2023, the probation officer received notification that the above-referenced sweat patch returned positive for methamphetamine and amphetamine. When questioned by the undersigned, the offender denied use of said substances.

**U.S. Probation Officer Action**:

The offender was admonished regarding his drug use and he was instructed to participate in an updated substance abuse assessment at Pioneer Human Services (PHS) to determine if a higher level of care is necessary. His updated assessment is scheduled for July 21, 2023.

Prob12A
**Re: Wright, Anthony E.**
**July 19, 2023**
**Page 2**

Mr. Wright is currently engaged in outpatient treatment at PHS and he is enrolled in the random urinalysis testing program. This officer is also utilizing sweat patches to monitor for new drug use. If the offender submits any further positive drug tests results, the probation office will recommend that further action be taken.

At this time, the probation officer recommends that the Court take no action. If Your Honor requires a different course of action or a Court appearance by the offender, please contact the undersigned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: July 19, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Thomas O. Rice
United States District Judge

July 20, 2023
Date