PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. MCAVOY, CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Steven Michael Cate | Case Number: 0980 2:22CR00006-TOR-1 |

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: October 15, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 846 | Date Supervision Commenced: January 11, 2022 |
| Original Sentence: Prison - 120 Months; TSR - 60 Months | Date Supervision Expires: January 10, 2027 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

9   You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

In order to continue to supervise Mr. Cate more efficiently, the undersigned officer is respectfully requesting the Court agree to the modification of the conditions of supervised release noted in the above condition. Mr. Cate has a history of substance abuse and given the need to monitor his illicit drug use with additional methods, the above-noted condition allows the supervising probation officer to use sweat patch testing to test for illicit drug use.

Mr. Cate agreed to this modification and signed the waiver of hearing form that is attached.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | July 20, 2023 |
|  |  | Corey M. McCain<br>U.S. Probation Officer<br>Date:  July 20, 2023 |

Prob 12B
**Re: Cate, Steven Michael**
**July 20, 2023**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

July 20, 2023
Date