PROB 12C
(6/16)

Report Date: July 26, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Steven Michael Cate          Case Number: 0980 2:22CR00006-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Loon Lake, Washington 99148

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 846 | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Derek T. Taylor | Date Supervision Commenced: January 11, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: January 10, 2027 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/06/2023, and 07/20/2023.

On January 11, 2022, the conditions of supervision were reviewed with Mr. Cate and he signed his judgment acknowledging his understanding.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: It is alleged Mr. Cate is in violation of his conditions of supervised release by using methamphetamine on or around July 12, 2023. |
| | On July 12, 2023, Mr. Cate provided a random urinalysis test as part of his substance abuse treatment program at Alcohol Drug Education Prevention and Treatment (ADEPT). The urine sample was sent to the lab for testing. On July 25, 2023, the undersigned was notified that the urine sample was confirmed positive for methamphetamine. |

Prob12C
Re: Cate, Steven Michael
July 26, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 26, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
July 26, 2023

Date