PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: August 11, 2023

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Steven Michael Cate | Case Number: 0980 2:22CR00006-TOR-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 15, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), 846 | | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Derek T. Taylor | Date Supervision Commenced: | January 11, 2022 |
| Defense Attorney: | Ryan Mark Farrell | Date Supervision Expires: | January 10, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/6/2023, 7/20/2023 and 7/26/2023.

On January 11, 2022, the conditions of supervision were reviewed with Mr. Cate and he signed his judgement acknowledging his understanding.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #9**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Cate is in violation of his conditions of supervised release by using methamphetamine between July 24 and 31, 2023. |
| | On July 20, 2023, a request to modify the conditions or terms of supervision was filed with the Court adding the aforementioned condition, which included the use of sweat patch testing to monitor illicit drug use. |
| | On July 24, 2023, a sweat patch was applied to Mr. Cate's left arm and removed on July 31, 2023.  The sweat patch was sent to the contract laboratory for testing.  The laboratory report shows the sweat patch returned positive for the presence of methamphetamine. |

Prob12C
**Re: Cate, Steven Michael**
**August 11, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/11/2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

August 14, 2023

Date